**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. _____

ARROW ELECTRONICS, INC.,

       Plaintiff,

v.

STALLION TECHNOLOGY, INC.,

       Defendant.

**COMPLAINT AND JURY DEMAND**

Plaintiff Arrow Electronics, Inc. ("Arrow") alleges the following for its Complaint against Stallion Technology, Inc. ("Stallion Tech"):

**NATURE OF THE ACTION**

1. In a January 25, 2019 Forbearance Agreement between Arrow and Stallion Tech (the "Agreement" or "Agmt.," attached hereto as **Exhibit 1**), Stallion Tech admitted that it owed Arrow $378,730.37 for merchandise that Arrow supplied to Stallion Tech in summer 2018.

2. Under the Agreement, Arrow agreed to accept installment payments from Stallion Tech in lieu of immediate payment, while reserving the right to sue in Colorado for full payment, including interest and attorneys' fees, if Stallion Tech failed to timely pay under the Agreement.

3. Stallion Tech made timely payments through June 2019 but failed to pay its July 2019 installment under the Agreement, so Arrow gave notice on August 7 that Stallion Tech had defaulted and had to cure by August 20, or Arrow would proceed to enforce its legal rights.

4. Stallion Tech failed to cure its default and has made no payments since June 2019.

5. Pursuant to the Agreement, Arrow now brings suit to recover the remaining principal due—$185,000—plus contractual interest and attorneys' fees of more than $40,000.

## PARTIES, JURISDICTION, AND VENUE

6. Plaintiff Arrow Electronics, Inc. is a New York corporation with its principal place of business at 9201 East Dry Creek Road in Centennial, Colorado.

7. Arrow is a global provider of electronics products, services, and solutions for industrial and commercial users.

8. Defendant Stallion Technology, Inc. is a Maryland corporation, and, according to the Maryland Secretary of State, Stallion Tech's principal place of business is 565-A Commerce Drive in Upper Marlboro, Maryland 20774. Stallion Tech also operates from the address 14205 Woodcliff Court in Bowie, Maryland 20720.

9. This court has subject-matter jurisdiction over this action under 28 U.S.C. § 1332(a). Complete diversity exists between the parties, and the amount-in-controversy exceeds $75,000, excluding interest and costs.

10. Venue is proper in the United States District Court for the District of Colorado, because, pursuant to the Agreement, Stallion Tech consented to venue in this District. (Agmt. ¶ 8.) Venue is also proper under 28 U.S.C. § 1391(b), because a substantial portion of the events or omissions giving rise to the claim herein occurred in this District.

11. This Court has personal jurisdiction over Stallion Tech because, pursuant to the Agreement, Stallion Tech consented to personal jurisdiction in Colorado. (Agmt. ¶ 8.)

## **GENERAL ALLEGATIONS**

*Arrow Supplies Stallion Tech with Merchandise*

12. In June and July of 2018, Stallion Tech ordered merchandise from Arrow worth nearly $400,000. (Agmt. ¶ 1 & Ex. A.)

13. Arrow thereafter delivered the merchandise that Stallion Tech ordered, and Arrow invoiced Stallion Tech for the deliveries. (*Id.*)

14. Arrow's invoices to Stallion Tech were due and owing as of July 29, 2018, but Stallion Tech defaulted on its obligation to pay the full invoiced amounts. (*Id.*)

*The Forbearance Agreement*

15. In January 2019, Arrow and Stallion Tech entered into the Forbearance Agreement, under which Arrow agreed to forbear from taking legal action against Stallion Tech for its failure to pay Arrow, but only if Stallion Tech met payment obligations established in the Agreement. (Agmt. Recital & ¶ 6.)

16. Per the Agreement, Stallion Tech acknowledged that it was indebted to Arrow for $378,730.37. (Agmt. ¶ 2.)

17. Stallion Tech agreed to pay Arrow $373,730.37, equaling the total amount due under Arrow's invoices, less a $5,000 credit disputed by the parties. (Agmt. ¶¶ 3-4.)

18. Stallion Tech agreed to repay Arrow in twelve installments, with the first due January 30, 2019. (Agmt. ¶¶ 4-5 & Ex. B.)

19. Stallion Tech also agreed that, if it did not meet its obligations, upon five days written notice and an opportunity to cure, Arrow would be entitled to recover by litigation the total indebtedness—$378,730.37—less any payments made under the Agreement. (Agmt. ¶ 7.)

20. Stallion Tech further agreed that, in the event it failed to satisfy its obligations under the Agreement, Arrow was entitled to interest on the unpaid balance at a rate of 18% per year from the date of Stallion Tech's default in July 2018, as well as reasonable attorneys' fees and costs. (*Id.*)

21. Additionally, Stallion Tech consented to service of process by certified or registered mail, effective upon receipt, for any action related to the Agreement. (Agmt. ¶ 8.)

*Stallion Tech's Unpaid Obligations to Arrow Under the Agreement*

22. Between January and June 2019, Stallion Tech paid Arrow six installments pursuant to the Agreement, totaling $193,730.37.

23. But Stallion Tech failed to pay Arrow the seventh installment of $30,000, which, under the Agreement, was due July 26, 2019.

24. On or around August 6, 2019, Arrow notified Stallion Tech that the July installment had not been received and, on August 7, demanded that Stallion Tech cure its default by making the July payment by August 20, 2019, along with the August installment.

25. Despite Arrow's demand to cure and subsequent correspondence requesting payment, Stallion Tech has not paid either the July or August installments. Stallion Tech is therefore in default under the Agreement, and the cure period has lapsed.

26. Under the Agreement, Stallion Tech owes Arrow $185,000 in principal—i.e., the $180,000 remaining on the Agreement's payment plan, plus the $5,000 disputed credit that Stallion Tech agreed to pay if it defaulted under the Agreement.

27. Between the July 29, 2018 due date for the invoices and August 2019, $36,075 in interest has accrued on the outstanding principal at the contractual rate of 18% per year.

28. Arrow also has incurred roughly $6,000 in attorneys' fees and costs related to this matter.

## FIRST CLAIM FOR RELIEF
### (Breach of Contract)

29. The preceding allegations are incorporated as though set forth fully herein.

30. Under the Agreement, in exchange for Arrow forbearing from legal action to recover on invoices that Stallion Tech had failed to pay, Stallion Tech agreed to pay Arrow a total of $373,730.37, in twelve payments.

31. Stallion Tech agreed that, in the event it did not satisfy its obligations under the Agreement, Arrow was entitled to collect from Stallion Tech $378,730.37, less any payments received under the Agreement.

32. Stallion Tech also agreed that, in the event it failed to satisfy its obligations, Arrow was entitled to interest on the unpaid principal at a rate of 18% from the date of Stallion Tech's default in July 2018, plus reasonable attorneys' fees and costs.

33. Arrow forbore from taking legal action against Stallion Tech, but Stallion Tech has failed to make payments as required by the Agreement.

34. Stallion Tech owes Arrow $185,000 in principal pursuant to the Agreement.

35. As of August 2019, Stallion Tech's unpaid principal has accrued $36,075 in interest from the date of default.

36. Arrow also has incurred roughly $6,000 in attorneys' fees and costs to date.

37. As of August 2019, Stallion Tech owed Arrow at least $227,075 in principal, interest, and attorneys' fees and costs.

38. Based on the foregoing, Arrow is entitled to damages for Stallion Tech's breach of contract in the approximate amount of $227,075, plus further accrued interest, attorneys' fees, and costs.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff Arrow Electronics, Inc. respectfully requests that the Court enter judgment in its favor and against Defendant Stallion Tech, Inc. and grant relief as follows:

a. On its First Claim for Relief, awarding damages in favor of Arrow in the approximate amount of $227,075, plus further accrued contractual interest, attorneys' fees, and costs.

b. Such other and further relief as the Court deems just and proper.

## DEMAND FOR JURY TRIAL

Arrow hereby demands a trial by jury of all issues so triable.

Dated: September 4, 2019

Respectfully submitted,

*s/ Paul D. Swanson*
Paul D. Swanson
HOLLAND & HART LLP
555 17th Street, Suite 3200
Denver, CO 80202-3921
Telephone: 303.295.8000
Facsimile: 303.295.8261
pdswanson@hollandhart.com

*Attorneys for Arrow Electronics, Inc,*

Plaintiff's Address:
9201 East Dry Creek Road
Centennial, Colorado 80112

# Exhibit 1



**ARROW ELECTRONICS, INC.**
9201 E. DRY CREEK ROAD
ENGLEWOOD, CO 80112

**Effective Date:** 1/25/2019

## FORBEARANCE AGREEMENT

**STALLION TECHNOLOGY INC.**
14205 Woodcliff Court
Bowie, MARYLAND 20720

**Account Number C76848**

**REMITTANCE ADDRESS**
Arrow Electronics, Inc.
Account Number: 144-0-91191
Chase Manhattan Bank, New York, Ny
Aba Routing Number: 021000021
Chips Participant Number: 0002
Swift Number: Chasus33

### Summary

| | | | |
|---|---|---|---|
| **Outstanding Past Due:** | $378,730.37 | **Monthly Payments:** | 12 |
| **Interest:** | $0.00 | **Total Payments:** | 12 |
| **Disputed Amount:** | $5,000.00 | **Annual interest rate:** | 0.00% |
| **Total Agreed Due:** | $373,730.37 | **Default interest rate:** | 18.00% |
| | | **Payment Schedule:** | See Exhibit B |

For value received, the undersigned, Arrow Electronics, Inc. ("Arrow") and STALLION TECHNOLOGY INC. ("Stallion Tech") enter into this Forbearance Agreement. In consideration of Arrow's agreement to forbear against taking legal action against Stallion Tech subject to continuing and timely performance under this Agreement, Stallion Tech agrees to pay the indebtedness identified herein according to the following terms and conditions.

1. This Agreement, including the attached Exhibits, represent the sole and entire agreement between the parties and supersedes all prior agreements, negotiations and discussions, whether oral or written, between the parties and/or their respective counsel with respect to the subject matter covered hereby.

2. Stallion Tech acknowledges that it is currently indebted to Arrow for products shipped/billed from June of 2018 through July of 2018 for the total amount of $378,730.37. The entire indebtedness is summarized, and evidenced, in the attached document labeled as Exhibit A.

3. Stallion Tech asserts that a $5,000.00 credit is due on its account but hereby acknowledges the remaining debt specified in section 2 is accurate and is without dispute, or defect, of any kind, such that Stallion Tech does not dispute its indebtedness to Arrow of $373,730.37. Arrow disputes Stallion Tech's assertion that any credit is due, but Arrow agrees to waive its rights to the disputed $5,000.00 so long as Stallion Tech performs under this Agreement.

4. Stallion Tech agrees to repay the undisputed debt stated in section 3 by remitting twelve (12) payments in US Dollars pursuant to the payment schedule on attached Exhibit B via a credit card payment.

5. Stallion Tech agrees, and acknowledges, that said payments will be paid on, or before the established due dates and at Stallion Tech's expense. Any other form of payment may be acceptable but must be approved in writing by Arrow and prior to the payment scheduled due date.

6. Subject to continuing timely performance by Stallion Tech of this Agreement from the effective date of this Agreement through December 27, 2019 (such period being referred to herein as the "Forbearance Period"), Arrow shall forbear from executing on or otherwise exercising its remedies against Stallion Tech. The forbearance under this Agreement does not apply to any other default or other failure by Stallion Tech to perform in accordance with this Agreement. The forbearance under this Agreement shall not apply to any other obligation of Stallion Tech unrelated to this Agreement.

7. In the event that Stallion Tech does not comply with the above terms and conditions, Arrow reserves the right, after five (5) days prior written notice to Stallion Tech and opportunity to cure, to pursue its claim for the total amount due set forth in section 2, less any payments received under this Agreement, plus interest on the unpaid amount at the rate of eighteen percent (18.0%) per annum from the date of default (not to exceed the maximum amount of interest allowed by law), plus any reasonable legal fees and costs incurred by Arrow to collect any unpaid amounts due as set forth in section 2. Subject to its agreement to forbear, this Agreement is written without prejudice to Arrow's rights and remedies, all of which are expressly reserved.

8. This Agreement shall for all purposes be deemed to be made in, and shall be governed by the laws of the State of Colorado. Stallion Tech hereby consents and submits itself to the jurisdiction and venue of the state and federal courts of the State of Colorado for any action relating to this Agreement and consents that service of process in any such action may be made by certified or registered mail to the attention of the undersigned at the address first above set forth or at such other address recorded for the registered agent as evidenced by the Secretary of State, and that such service shall be deemed complete upon the day of Stallion Tech's receipt thereof.

9. Each party to this Agreement acknowledges, represents, and warrants that it has been encouraged to seek the advice of competent legal counsel and that such party has had the advice of competent legal counsel of its own choosing in negotiations for and preparation of this Agreement, or that such party knowingly and voluntarily declined to seek the advice of counsel.

10. This Agreement may be amended only by written instrument signed by an officer of both parties. No course of dealing on the part of Arrow or its personnel, nor any failure or delay in the exercise of any right by Arrow, shall operate as a waiver thereof, and any single or partial exercise of any right shall not preclude any later exercise of any right.

11. The terms of this Agreement are confidential and as such the terms herein shall not be disclosed by Stallion Tech, or Arrow, except to those of their employees or their respective financial and legal advisors who need to know the provisions of this Agreement and as may be required by law. However, should legal action be required to enforce payment of this Agreement, Stallion Tech agrees that Arrow can file this Agreement with the court without filing it under seal.

12. This Agreement may be executed in counterparts, all of which together shall constitute and be considered a fully executed original. The Parties agree that email (pdf) and/or facsimile copies of signatures may be accepted as original copies and are fully binding upon the Parties.

Please acknowledge your acceptance of the above terms and conditions by signing below and returning the scanned executed document to me at the address above via email.

**ARROW ELECTRONICS, INC**

_[signature]_

Title: Director, Legal Affairs
Phone: 303 824 3771
Email: cyatrakis@arrow.com

**STALLION TECHNOLOGY INC.**

_Bilal Hijazi [signature]_

Bilal Hijazi
Title: President
Phone: 201-803 8109
Email: BILAL@stalliontek.com

## EXHIBIT A – ACCOUNT SUMMARY

| Cust Account | Customer | Trans Date | Invoice | SO # | Job Id | Due Date | Total Due |
|---|---|---|---|---|---|---|---|
| C76848 | StallionTek.com | 6/14/2018 | 00403861 | SO-0595207 | | 7/14/2018 | $16,178.37 |
| C76848 | StallionTek.com | 6/14/2018 | 00403862 | SO-0596675 | | 7/14/2018 | $18,971.00 |
| C76848 | StallionTek.com | 6/19/2018 | 00404559 | SO-0598400 | SO-0598400 | 7/19/2018 | $24,014.00 |
| C76848 | StallionTek.com | 6/19/2018 | 00404560 | SO-0598740 | Cust PO# P3147 | 7/19/2018 | $13,152.00 |
| C76848 | StallionTek.com | 6/19/2018 | 00404561 | SO-0598993 | Cust PO# P3146 | 7/19/2018 | $10,599.00 |
| C76848 | StallionTek.com | 6/25/2018 | 00405914 | SO-0595188 | Cust PO# P3156 | 7/25/2018 | $144,954.00 |
| C76848 | StallionTek.com | 6/25/2018 | 00405915 | SO-0595206 | Cust PO# P3162 | 7/25/2018 | $2,385.00 |
| C76848 | StallionTek.com | 6/25/2018 | 00405916 | SO-0596676 | | 7/25/2018 | $15,901.00 |
| C76848 | StallionTek.com | 6/27/2018 | 00406585 | SO-0600551 | Cust PO# P3167 | 7/27/2018 | $26,500.00 |
| C76848 | StallionTek.com | 6/27/2018 | 00406586 | SO-0600686 | Cust PO# 3168 | 7/27/2018 | $14,699.00 |
| C76848 | StallionTek.com | 6/28/2018 | 00407051 | SO-0597865 | Cust PO# P3166 | 7/28/2018 | $43,056.00 |
| C76848 | StallionTek.com | 6/28/2018 | 00407054 | SO-0598738 | Cust PO# P3165 | 7/28/2018 | $56,611.00 |
| C76848 | StallionTek.com | 6/29/2018 | 00407348 | SO-0597879 | | 7/29/2018 | $12,010.00 |
| C76848 | StallionTek.com | 12/5/2018 | CRN- 027999 | SO- 0593123 | SO-0571742 | 1/4/2019 | ($300.00) |
| C76848 | StallionTek.com | 12/19/2018 | | | | | ($20,000.00) |
| | | | | | | | $378,730.37 |

Exhibit B - Payment Schedule

| | | Opening Balance | $378,730.37 | |
|---|---|---|---|---|
| | | Disputed Amount | $5,000.00 | |
| | | Undisputed Amount for Payment | $373,730.37 | |
| | | First Monthly Payment | $43,730.37 | 1 payment |
| | | Subsequent Monthly Payments | $30,000.00 | 11 payments |

| Payment # | Date Due | Total Due | Interest Payment | Principal Payment | Total Payment | Ending Balance |
|---|---|---|---|---|---|---|
| 1 | 1/30/2019 | $373,730.37 | $0 | $43,730.37 | $43,730.37 | $330,000.00 |
| 2 | 2/22/2019 | $330,000.00 | $0 | $30,000.00 | $30,000.00 | $300,000.00 |
| 3 | 3/22/2019 | $300,000.00 | $0 | $30,000.00 | $30,000.00 | $270,000.00 |
| 4 | 4/26/2019 | $270,000.00 | $0 | $30,000.00 | $30,000.00 | $240,000.00 |
| 5 | 5/24/2019 | $240,000.00 | $0 | $30,000.00 | $30,000.00 | $210,000.00 |
| 6 | 6/28/2019 | $210,000.00 | $0 | $30,000.00 | $30,000.00 | $180,000.00 |
| 7 | 7/26/2019 | $180,000.00 | $0 | $30,000.00 | $30,000.00 | $150,000.00 |
| 8 | 8/23/2019 | $150,000.00 | $0 | $30,000.00 | $30,000.00 | $120,000.00 |
| 9 | 9/27/2019 | $120,000.00 | $0 | $30,000.00 | $30,000.00 | $90,000.00 |
| 10 | 10/25/2019 | $90,000.00 | $0 | $30,000.00 | $30,000.00 | $60,000.00 |
| 11 | 11/22/2019 | $60,000.00 | $0 | $30,000.00 | $30,000.00 | $30,000.00 |
| 12 | 12/27/2019 | $30,000.00 | $0 | $30,000.00 | $30,000.00 | $0 |

*Bilal Hijazi*
1/25/2019